02-10-139-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00139-CV 

 

 


 
 
 In the Interest of O.S.N., A Child
 
 
  
 
 
  
 
 
 
 
  
  
  
 
 
 
 
  
 
 
  
 
 
  
 
 


 

 

------------

 

FROM THE
78th District Court OF Wichita
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

On September
15, 2010, appellant’s second motion for extension of time to file brief was
granted, and appellant’s brief was due by September 27, 2010.  Appellant has not filed her brief.

Because
appellant's
brief has not been filed, we dismiss the appeal for want of prosecution.  See Tex. R. App. P. 38.8(a), 42.3(b),
43.2(f).

Appellant
shall pay all costs of this appeal, for which let execution issue.

 

PER CURIAM

 

PANEL:  GARDNER, WALKER,
and MCCOY, JJ.  

 

DELIVERED:  October 21, 2010











[1]See Tex. R. App. P. 47.4.